1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE HENDERSON,                      Case No. C05-1722RSL

                    Plaintiff,

        v.                             ORDER GRANTING
                                       DEFENDANTS' MOTION FOR
WHATCOM COUNTY FIRE                    EXTENSION TO TIME
PROTECTION DISTRICT NO. 18, *et al.*,

                    Defendants.

        This matter comes before the Court on defendants' "Motion to Enlarge Time for Identifying Witness." Plaintiff does not object to the late identification of Donald Kerr as a witness in this matter, but challenges his designation as an expert.

        Defendants' motion for an extension of time in which to identify Donald Kerr as a witness is GRANTED. Whether Mr. Kerr will be permitted to testify as an expert can be determined at a later date.

        DATED this 8th day of June, 2006.

                        *[signature]*

                        Robert S. Lasnik,
                        United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME